**No. 58119.**—Alfred H. Marzolf *v.* United States, protest 151565–K (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the involved merchandise are the same in all material respects as the

merchandise the classification of which was involved in Abstract 57258, the claim of the plaintiff was sustained.